IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ROBERT BURNS MCCALL, # 31541, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 3:19-CV-02063-M-BH |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation, and Supplemental Findings, Conclusions, and Recommendation, of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions, and Supplemental Findings and Conclusions, of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, this action will be **DISMISSED** with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**SIGNED this 15th day of October, 2019.**

BARBARA M. G. LYNN
CHIEF JUDGE